E-FILED
Thursday, 03 April, 2008 2:54:03 PM
Clerk, U.S. District Court, ILCD

FILED
APR 01 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AO 240  (1/94)

# United States District Court

### DISTRICT OF ——————

_Aaron Edward_ **Plaintiff**

V.

**Defendant** _Connie Macmilan + Holley Sidal Inn —_

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: _08 - 3083_

I, _Bank of agriculture + commerce Stockton California Maverick Access trust account Petz enterprise Incorpralted Post office Box 611 trax CA 9578-0611 BAC 90-2566112_ _1 Petz enterprise 0083-0066-156513 36156_ _Lenny Pitz Sr 156513_ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:  ☐ Yes  ☑ No  (If "No" go to Part 2)

   If "Yes" state the place of your incarceration _____

   Are you employed at the institution? _n_  Do you receive any payment from the institution? _no_

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?  ☐ Yes  ☑ No

   a. If the answer is "Yes" state the amount of your take–home salary or wages and pay period and give the name and address of your employer.

   b. if the answer is "No" state the date of your last employment, the amount of your take–home salary or wages and pay period and the name and address of your last employer. _1-8-2007_

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes  ☑ No
   b. Rent payments, interest or dividends            ☐ Yes  ☑ No
   c. Pensions, annuities or life insurance payments  ☐ Yes  ☐ No
   d. Disability or workers compensation payments     ☑ Yes  ☐ No
   e. Gifts or inheritances                           ☐ Yes  ☑ No
   f. Any other sources                               ☐ Yes  ☑ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

AO 240 (1/94)

4.  Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☐ No

If "Yes" state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes    ☐ No

If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

4-1-08
DATE

_Aaron Edwards_
SIGNATURE OF APPLICANT

# CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her

credit at (name of institution) _____ . I further certify

that the applicant has the following securities to his/her credit: _____

_____ . I further certify that during the past six months the applicant's

average balance was $ _____ .

_____
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

\*\*\*   REC 2008085   160343 HA8C2CE0 ANFJ  CIPQYA4   PQA4   (F-ANF )   \*\*\*

SOCIAL SECURITY ADMINISTRATION

*Jessica*

Date: March 25, 2008
Claim Number:  ⎡ ⎤ ⎡ ⎤ 0083A
                           0083DI


AARON S EDWARDS
PO BOX 20201
SPRINGFIELD IL 62708-0201


You asked us for information from your record. The information that you
requested is shown below. If you want anyone else to have this information, you
may send them this letter.


Information About Current Social Security Benefits

   Beginning December 2007, the full monthly
   Social Security benefit before any deductions is......$ 609.20

      We deduct $0.00 for medical insurance premiums each month.

   The regular monthly Social Security payment is........$ 609.00
   (We must round down to the whole dollar.)

   Social Security benefits for a given month are paid the following month. (For
   example, Social Security benefits for March are paid in April.)

   Your Social Security benefits are paid on or about the third of each month.

If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your
local Social Security office at 217-862-6651. We can answer most questions
over the phone. You can also write or visit any Social Security office. The
office that serves your area is located at:

SOCIAL SECURITY
2715 WEST MONROE ST
SPRINGFIELD, IL 62704


If you do call or visit an office, please have this letter with you. It will
help us answer your questions.



OFFICE MANAGER

\*\*\*   REC 2008085   160745 HA8C2CE0 ANFJ  CIPQYA4    PQA4    (F-ANF )  \*\*\*

SOCIAL SECURITY ADMINISTRATION

Date: March 25, 2008
Claim Number:          0083A
                       0083DI


AARON S EDWARDS
PO BOX 20201
SPRINGFIELD IL 62708-0201


You asked us for information from your record. The information that you
requested is shown below. If you want anyone else to have this information, you
may send them this letter.


Information About Supplemental Security Income Payments

   Beginning December 2007, the current
   Supplemental Security Income payment is..............$ 48.00

   This payment amount may change from month to month if income or
   living situation changes.

   Supplemental Security Income Payments are paid the month they are due. (For
   example, Supplemental Security Income Payments for March are paid in March.)


Other Important Information

   OUR RECORDS INDICATE THAT HE HAS RECEIVED THIS AMOUNT MONTHLY FROM JAN 08 TO
   MAR 08 AND CONTINUING FOR 2008.

If You Have Any Questions

    If you have any questions, you may call us at 1-800-772-1213, or call your
local Social Security office at 217-862-6651. We can answer most questions
over the phone. You can also write or visit any Social Security office. The
office that serves your area is located at:

                    SOCIAL SECURITY
                    2715 WEST MONROE ST
                    SPRINGFIELD, IL 62704


If you do call or visit an office, please have this letter with you. It will
help us answer your questions.




                              OFFICE MANAGER

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Aaron Edward

)
)
)

**Plaintiff**

)
)
)

**vs.**

Case No. 08-3083

First Currency Exchange

*clerk)* of Springfield Macmilan

**The case number will be assigned by the**

1629 Sixth Grand Ave S

)

Bank of Agriculture and commerce

)

Quick access and all of there other company

)

Horace Man and all of there other company

)

St John and all of there company

)

Dolly Sidd In company and all of there other comp

)

Mr handy my & lowers and all there Comp

)

City + county State federal employee officer + the president

)

Steek-n-Shake

)

**Defendant(s)**

)

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often*

---

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

1. Bank of Agriculture & commerce
Stockton California Quick Access
Trust Account Pitz Enterprises
Incorprated Post office Box 611 Tracy
CA 95378-0611 BAC (90-2566) 12/11
-0683-066 1565136-01569136
Leroy Pitz Sr
1565136 - 121125660-370732S

2. Mac Milan 2256 E. Monroe 744-7789
app Date 8-3-07 Check number 01565489
latasha Anderson and my cousin  01566081
hil sister mother Stay 3 house down  01566961 SSI
Boy friend from her  01566450 SSA
mike holder

Rally Sidal Inc  mr handy my ex laweye
I overent Exahange  Sp7 P. Deparment w
city county State perdorly officer
in the gohener w president N other
people
my Sister P. Robinson and other family
member, and other people human right
commission. St Sohn doctor  Ins company
some people in the cont system.
SAlvation army carce community
center of Sangamon county.

## SANGAMON COUNTY FOOD PANTRIES

| AGENCY | DAYS AND HOURS OF DISTRIBUTION | Waiting Period | Request Referral |
|---|---|---|---|
| Catholic Charities Holy Family Food Pantry 1023 E. Washington Springfield, IL 62703 523-4551 | Monday, Wednesday, and Friday 9:00 a.m. to 12:00 p.m. 2nd & 4th Tuesday each month 1:00 p.m. to 5:00 p.m. | 3 months (flexible) | must have a referral from Catholic Charities |
| Grace Lutheran Food Pantry 714 E. Capitol Springfield, IL 62701 522-9707 | Monday, Tuesday & Thursday 11:00 a.m. to 2:30 p.m. Wednesday 11:00 a.m. to 1:00 p.m. | 1 month | must have a referral |
| Kumler Neighborhood Ministries 600 N. 5th St. Springfield, IL 62702 523-2269 | Monday thru Friday 9:00 a.m. to 12:30 p.m. | 1 month | must have a referral |
| Manna's Storehouse Abundant Faith Christian Center 301 W. Reynolds Springfield, IL 62703 585-4000 | Tuesday ~~& Thursday~~ only 5:30 p.m. to 7:00 p.m. | 3 month | walk-ins & referrals |
| First Presbyterian Church 321 South 7th Street Springfield, IL 62701 528-4311 | Monday thru ~~Friday~~ Thursday 9:00 a.m. to 12:00 p.m. | 1 week | walk-ins |
| St. Martin DePorres Center 1725 E. South Grand Ave. Springfield, IL 62703 528-2851 | Wednesday, Thursday and Saturday 9:00 a.m. to 11:00 a.m. | 1 month | walk-ins & referrals |
| The Salvation Army 530 N. 6th St. Springfield, IL 62702 525-2196 | Monday, Wednesday and Friday 9:00 a.m. to 12:00 p.m. and 1:00 p.m. to 4:00 p.m. | 3 months | walk-ins & referrals 1 week waiting period between services |
| Zion Baptist Food Pantry 1601 E. Laurel Springfield, IL 62703 528-5113 | Thursday 10:00 a.m. to 12:00 p.m. ANGEL FOOD PROGRAM Accepts Food Stamps, Cash, Checks, and Money Orders | 1 week | Walk-ins |

Updated 09-21-06

brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☐ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents* , 403 U.S. 388 (1971)(federal defendants)

☒ Other federal law: _Bank of Agriculture Commerce & bank Moses_
_Mae M fah fer husband and other family member_
_my Sister Sally Side I In my Ex Lawer Ronny_

☐ Unknown _I current Exchange Sp 7/d P.D mike holder_

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: _Aaron Edward_

Prison Identification Number: _____

Current address: _2020 / P.oBox Sp7/d IL 62708_

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: _Aaron Edward_

2

Current Job Title: _Disable_

Current Work Address _n/A_

Defendant #2:

Full Name: _Bank of agriculture commerce & Lenn Pitz_

Current Job Title: _BANK_

Current Work Address _Stockton california P.O.BOX 618_

_Tracy CA_

Defendant #3:

Full Name: _1 Current Exchange_

Current Job Title: _onnie_

Current Work Address _1674 South Corss d ave_

_Springfiel ill_

Defendant #4:

Full Name: _Horace Mann_

Current Job Title: _owen_

Current Work Address _____

Defendant #5:

Full Name: _Railly & Sida_

Current Job Title: _owen_

Current Work Address _in Springfield ILL_

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?          Yes  ☐          No  ☑

If yes, please describe _____

_____

B.  Have you brought any other lawsuits in federal court while incarcerated?

Yes  ☐          No  ☑

C.  If your answer to B is yes, how many? _____  Describe the lawsuit(s) below.

1.  Name of Case, Court and Docket Number
   _____

2.  Basic claim made  _____

3.  Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?)  _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint*

*and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes   ☐   No   ☑

B. Have you filed a grievance concerning the facts relating to this complaint?

     Yes   ☐   No   ☑

If your answer is no, explain why not  _____

_____

C. Is the grievance process completed?   Yes   ☐   No   ☑

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  *Current Change Springfield I C*

Date(s) of the occurrence  *3/31/08 + other line*

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

**THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED.** *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

_____

_____

_____

I believe someone is illegally
Cashing my SSA & SSI checks.
Name of Aunt
Name of currency exchange


To Police
To States' Attorney

The Bank of Agriculture / commerce
Stockton california Quick Access
trust Account Reta Enter prise
incorprate Post office Box 611 Tracy
CA 95378-06111 BAC 0156 5489-01566001
90-2566112 111-.         CC85-0066-565136
6156513 6 Lenny Pitz          mae mikes
22562 Monroe D 744-1784 App Date 8-3-07
check number 0156 5489-8156601
Rally Soda Inc my ex laue ms handy
Steadle-n Sherk Spild t-L Horace
Mann NILL Latash anderson live 3 how
down from my Aun her sister and other
cousin of my 1 Current Exchang
St 5 & R A mike holder t BOBO-N-friend
mae husband Arush Milon t mae Sister
and then family member $ city t
country t State, federal worker that
is working for exgenex -N- the
President The senden

## RELIEF REQUESTED

*(State what relief you want from the court.)*

I'm asking the Court to give me my money and pass a law that will help this people because all of this people had something to do with my mother + father and other family members death and other people death.

**JURY DEMAND**     Yes ☐        No ☐

Signed this _4_ day of _1_ , 20 0 8 .

Aaron Edward

*( Signature of Plaintiff)*

10

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| *Aaron Edward* | *WT* |
| Address: *Springfield FCC* *P.O Box 20201-12708* | Telephone Number: *N/A* |

Representative Payee Information

| | | | | |
|---|---|---|---|---|
| SSN | : ___-__-0083 | | App Dt : | 08/03/07 |
| Name | : AARON | EDWARDS | Phone : | 217-744-1784 |
| Address | : PO BOX 20201 | | Birth Dt: | 11/04/69 |
| C/S/Zip: | SPRINGFIELD | IL 62708-0000 | Mother : | ROBINSON |
| | | | Site Id : | |

Recipient Information

| S/O | SSN | First Name | Last Name | Agency Claim Number | |
|---|---|---|---|---|---|
| S | 0083 | AARON | EDWARDS | SSI | 0083 |
| S | 0083 | AARON | EDWARDS | SSA | 0083 |
| | -- -- | | | | |
| | -- -- | | | | |
| | -- -- | | | | |
| | -- -- | | | | |
| | -- -- | | | | |
| | -- -- | | | | |

Notes:

only                              QuickAcce$$ Applicant                              Not an official doc

Payments Listing

| Pmt | Date | Amount | Check | Cashed | Claim | |
|-----|------|--------|-------|--------|-------|---|
| 0001 | 2003/08/01 | 469.00 | 00731581 | 2003/08/04 | 83A | SSA |
| 0002 | 2003/08/29 | 44.30 | 00731820 | 2003/09/02 | 83 | SSI |
| 0003 | 2003/09/03 | 469.00 | 00732161 | 2003/09/08 | 83A | SSA |
| 0004 | 2003/09/23 | 410.90 | 00729293 | 2003/09/29 | 83A | SSA |
| 0005 | 2003/10/01 | 44.30 | 00732261 | 2003/10/01 | 83 | SSI |
| 0006 | 2003/10/03 | 528.00 | 00732487 | 2003/10/06 | 83A | SSA |
| 0007 | 2003/10/31 | 44.30 | 00732988 | 2003/10/31 | 83 | SSI |
| 0008 | 2003/11/03 | 528.00 | 00733182 | 2003/11/03 | 83A | SSA |
| 0009 | 2003/12/01 | 44.00 | 00733340 | 2003/12/01 | 83 | SSI |
| 0010 | 2003/12/03 | 528.00 | 00733701 | 2003/12/05 | 83A | SSA |
| 0011 | 2003/12/31 | 45.00 | 00733866 | 2004/01/02 | 83 | SSI |
| 0012 | 2004/01/02 | 539.00 | 00729325 | 2004/01/07 | 83A | SSA |
| 0013 | 2004/01/30 | 45.00 | 00729495 | 2004/01/30 | 83 | SSI |
| 0014 | 2004/02/03 | 539.00 | 00729838 | 2004/02/05 | 83A | SSA |
| 0015 | 2004/03/01 | 45.00 | 00729966 | 2004/03/03 | 83 | SSI |
| 0016 | 2004/03/03 | 539.00 | 00730294 | 2004/03/05 | 83A | SSA |
| 0017 | 2004/04/01 | 45.00 | 00730442 | 2004/04/01 | 83 | SSI |
| 0018 | 2004/04/02 | 539.00 | 00821130 | 2004/04/07 | 83A | SSA |
| 0019 | 2004/04/30 | 45.00 | 00821577 | 2004/05/03 | 83 | SSI |
| 0020 | 2004/05/03 | 539.00 | 00821696 | 2004/05/05 | 83A | SSA |
| 0021 | 2004/06/01 | 45.00 | 00821842 | 2004/06/01 | 83 | SSI |
| 0022 | 2004/06/03 | 539.00 | 00822184 | 2004/06/07 | 83A | SSA |
| 0023 | 2004/07/01 | 45.00 | 00822326 | 2004/07/01 | )83 | SSI |
| 0024 | 2004/07/02 | 539.00 | 00822650 | 2004/07/08 | )83A | SSA |
| 0025 | 2004/07/30 | 45.00 | 00822830 | 2004/08/09 | )83 | SSI |
| 0026 | 2004/08/03 | 539.00 | 00823173 | 2004/08/09 | )83A | SSA |
| 0027 | 2004/09/01 | 45.00 | 00823330 | 2004/08/09 | )83 | SSI |
| 0028 | 2004/09/03 | 539.00 | 00823610 | 2004/09/07 | )83A | SSA |
| 0029 | 2004/10/01 | 45.00 | 00823857 | 2004/10/01 | )83 | SSI |
| 0030 | 2004/10/01 | 539.00 | 00824187 | 2004/10/04 | )83A | SSA |
| 0031 | 2004/11/01 | 45.00 | 00824379 | 2004/11/03 | )83 | SSI |
| 0032 | 2004/11/03 | 539.00 | 00824714 | 2004/11/04 | )83A | SSA |
| 0033 | 2004/12/01 | 45.00 | 00824878 | 2004/12/01 | )83 | SSI |
| 0034 | 2004/12/03 | 539.00 | 00825190 | 2004/12/06 | )83A | SSA |
| 0035 | 2004/12/30 | 46.00 | 00825372 | 2005/01/06 | '83 | SSI |
| 0036 | 2005/01/03 | 553.00 | 00955430 | 2005/01/06 | '83A | SSA |
| 0037 | 2005/02/01 | 46.00 | 00955659 | 2005/02/02 | 83 | SSI |
| 0038 | 2005/02/03 | 553.00 | 00955971 | 2005/02/04 | 83A | SSA |
| 0039 | 2005/03/03 | 553.00 | 00956447 | 2005/03/04 | 83A | SSA |
| 0040 | 2005/04/01 | 553.00 | 00952372 | 2005/04/06 | 83A | SSA |
| 0041 | 2005/05/03 | 553.00 | 00952824 | 2005/05/06 | 83A | SSA |
| 0042 | 2005/06/03 | 507.00 | 00953329 | 2005/06/08 | 83A | SSA |
| 0043 | 2005/07/01 | 507.00 | 00953950 | 2005/08/04 | 83A | SSA |
| 0044 | 2005/09/13 | 765.78 | 00955145 | 2005/09/15 | 83 | SSI |
| 0045 | 2005/09/30 | 579.00 | 00955225 | 2005/09/29 | 83 | SSI |
| 0046 | 2005/10/03 | 341.80 | 01067235 | 2005/10/31 | 83A | SSA |
| 0047 | 2005/11/01 | 579.00 | 01067582 | 2005/11/01 | 83 | SSI |
| 0048 | 2005/11/03 | 420.00 | 01067797 | 2005/11/22 | 83A | SSA |
| 0049 | 2005/12/01 | 45.80 | 01068040 | 2005/11/30 | 83 | SSI |
| 0050 | 2005/12/02 | 420.00 | 01068361 | 2005/12/06 | 83A | SSA |
| 0051 | 2005/12/30 | 46.50 | 01068680 | 2005/12/30 | 83 | SSI |
| 0052 | 2006/01/03 | 401.30 | 01069055 | 2006/01/03 | 83A | SSA |
| 0053 | 2006/01/03 | 433.00 | 01069116 | 2006/01/04 | 83A | SSA |
| 0054 | 2006/02/01 | 47.00 | 01069371 | 2006/01/30 | 83 | SSI |
| 0055 | 2006/02/03 | 521.00 | 01069725 | 2006/02/01 | 83A | SSA |
| 0056 | 2006/03/01 | 46.50 | 01070074 | 2006/02/28 | 83 | SSI |



| 0057 | 2006/03/03 | 521.00 | 01172712 | 2006/03/02 | 83A | SSA |
| 0058 | 2007/08/31 | 33.70 | 01477161 | 2007/08/31 | 83 | SSI |
| 0059 | 2007/08/31 | 595.00 | 01477709 | 2007/09/04 | 83A | SSA |
| 0060 | 2007/10/03 | 595.00 | 01475313 | 2007/10/09 | 83A | SSA |
| 0061 | 2007/11/01 | 33.70 | 01475669 | 2007/10/31 | 83 | SSI |
| 0062 | 2007/11/02 | -595.00 | 01472574 | 2007/11/02 | 83A | SSA |
| 0063 | 2007/11/30 | 48.00 | 01472974 | 2007/11/30 | 83 | SSI |
| 0064 | 2007/12/03 | 595.00 | 01473590 | 2007/12/10 | 83A | SSA |
| 0065 | 2007/12/31 | 48.00 | 01473898 | 2007/12/31 | 83 | SSI |
| 0066 | 2008/01/03 | 609.00 | 01565136 | 2008/01/04 | 83A | SSA |
| 0067 | 2008/02/01 | 48.00 | 01565489 | 2008/01/31 | 83 | SSI |
| 0068 | 2008/02/01 | 609.00 | 01566001 | 2008/02/04 | 83A | SSA |
| 0069 | 2008/02/29 | 48.00 | 01566450 | 2008/03/13 | 83 | SSI |
| 0070 | 2008/03/03 | 609.00 | 01566961 | 2008/03/13 | 83A | SSA |