FILED
APR 01 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

_Aaron Edward_ , )
    Plaintiff,   )
    vs.   ) NO. _08-3083_

_Bank of agriculture + commerce etc_ )
_Quick Access Loanpie_ , ) _macmilan lally + sidat Inc_
_Larry Exchange_ ) _Latasha Anderson — my cousin her mother_
_Sp ITF P.D. my Ex Lawyer_ ) _Steven Mike holden_
    Defendant(s)

MOTION FOR APPOINTMENT OF COUNSEL
_St John and their ins company the woman has shot hit me_

1. I, _Aaron Edward_ , declare that I am the plaintiff in the above-entitled case. I further state that I am unable to afford the services of an attorney. I hereby request the court to appoint counsel to represent me in this case. Should the court grant the motion, I agree to provide for payment of attorney fees out of any recovery I might obtain in this case.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this lawsuit:

_I have try to get people to help me in this matter I have paper work from social security office 2715 west monroe 5111627561 Quick access report App date 8-3-07 phone number (217) 744-1781 I also have paper work from the Supreme court against the ex company I work for and again my ex lawyer_

3. In further support of my motion, I declare that (check appropriate answer):

  ✓  I am not currently represented (and have not been represented previously) by an attorney appointed by this court in this or any other civil or criminal proceeding before this court.

  ___  I am currently (or previously have been) represented by counsel appointed by this court in the proceeding(s) described on the attached page.

4. In further support of my motion, I declare that (check appropriate answer):

_____ I have attached an original application to proceed in forma pauperis detailing my financial status.

_____ I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

__✓__ I previously filed an application to proceed in forma pauperis; however, my financial status has since changed. Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

_Aaron Edward_
Movant's Signature

P.O. Box 20201
Street Address

Springfield IL 62708-0201
City/State/Zip Code

Date: 4-1-08

10/94