# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**AARON EDWARDS,**
            **Plaintiff,**

vs.                                                                                   Case Number:    **08-3083**

**FIRST CURRENCY EXCHANGE
OF SPRINGFIELD, MAE MILAN,
BANK OF AGRICULTURE AND COMMERCE,
QUICK ACCESS, HORACE MANN,
ST. JOHN'S, RALLY SIDAL INCOMPANY,
MR. HANDY, CITY AND COUNTY STATE
FEDERAL EMPLOYEES, GOVERNOR,
PRESIDENT, STEAK -N- SHAKE,
LENNY PITZ SR., LATASHA ANDERSON,
P ROBINSON, HUMAN RIGHTS COMMISSION,
AND SALVATION ARMY CORP COMMUNITY
CENTER OF SANGAMON COUNTY**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** pursuant to the order entered by Judge Jeanne E. Scott.   Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), this action is dismissed without prejudice.  All pending motions are denied as moot.  This case is closed.

ENTER this 8th day of April 2008.

s/ Pamela E. Robinson
PAMELA E. ROBINSON, CLERK

s/ M. Eddings
_____
BY:  DEPUTY CLERK